UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GORDON SOMERA and DELORES L. SOMERA,

        Plaintiffs,

    v.

INDYMAC FEDERAL BANK, FSB, et. al.,

        Defendants.

NO. CIV.S-09-1947 FCD DAD

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.    The hearing on Defendants One West Bank FSB and Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss (Docket #20), and Defendant Quicken Loans, Inc.'s Motion to Dismiss (Docket #22), and Motion to Strike (Docket #25) is continued to February 12, 2010, at 10:00 a.m.  Plaintiffs shall file and serve its opposition brief or notice of non-opposition no later than January 29, 2010.  The Defendants may file and serve a reply on or before February 5, 2010.

    2.    Plaintiffs' counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to

file an opposition or notice of non-opposition to defendants' motions in compliance with Local Rule 230(c).

    3.   Plaintiffs' counsel shall file his response to the order to show cause on or before January 29, 2010.

    4.   A hearing on the order to show cause, if necessary, will follow the hearing on the Motions.

IT IS SO ORDERED.

DATED: January 5, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE