UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GORDON SOMERA and DELORES L.
SOMERA,                                    NO. 2:09-CV-1947 FCD DAD

            Plaintiffs,

        v.                                 ORDER FOR SANCTIONS

INDYMAC FEDERAL BANK, FSB, et.
al.,

            Defendants.

        On January 5, 2010, plaintiffs' counsel, Mr. Philip Carey,
was ordered to show cause why he should not be sanctioned in the
amount of $150.00 for failing to file an opposition brief or
notice of non-opposition to defendants' pending motions to
dismiss. The court ordered counsel to file his response to the
Order to Show Cause on or before January 29, 2010.

        Plaintiffs' counsel filed his response to the Order to Show
Cause on January 22, 2010, and the court does not find good cause
to discharge the Order to Show Cause.  Accordingly, the court
makes the following orders:

        1.    Mr. Carey shall pay sanctions in the amount of $150.00.
              Payment should be in the form of a check made payable
              to the Clerk of the Court.  The sum is to be paid

1  personally by plaintiffs' counsel not later than ten

2  (10) days from the filing of this Order for Sanctions.

3  2.  This sanction is personal to the attorney, is to be

4  borne by him personally, and is not to be transmitted

5  to the client by way of a charge of attorney's fees

6  and/or costs.

7  3.  Not later than twenty (20) days from the filing of this

8  Order, plaintiffs' counsel shall file a declaration

9  attesting to his compliance with the terms of this

10  Order.

11  IT IS SO ORDERED.

12  DATED: February 26, 2010

13

14  _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28