```
1  LAW OFFICE OF PHILIP E. CAREY
   PHILIP E. CAREY SBN 155185
2  655 UNIVERSITY AVENUE STE.230
   SACRAMENTO, CA 95825
3  (916) 564-0706; FAX (916) 564-0715
   e-mail peclaw@sbcglobal.net
4

5  Attorney for Plaintiffs
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON SOMERA and DELORES L. SOMERA<br>　　　　　Plaintiffs,<br>v.<br>INDYMAC FEDERAL BANK, FSB, QUICKEN LOANS, NDEX WEST, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., MIKE GEORGE and DOES 1-20 inclusive,<br>　　　　　Defendants.<br>_____/ | CASE NO:2:09-CV-01947 FCD DAD<br><br>**ORDER FOR SUBSTITUTION OF COUNSEL** |

　　　　Plaintiffs Gordon Somera and Delores Somera hereby substitute the following attorney as counsel of record in this action:

　　　　　　　LAW OFFICES OF JONATHAN G. STEIN
　　　　　　　JONATHAN G. STEIN (SBN 224609)
　　　　　　　5050 LAGUNA BLVD., STE. 112-325
　　　　　　　ELK GROVE, CA 95758;
　　　　　　　(916) 247-6868; FAX: (916) 258-0326
　　　　　　　email: jonathan@jonathangstein.com

in place of the following attorney who is no longer counsel of record in this action:

　　　　　　　LAW OFFICE OF PHILIP E. CAREY
　　　　　　　PHILIP E. CAREY (SBN 155185)
　　　　　　　655 UNIVERSITY AVENUE STE.230
　　　　　　　SACRAMENTO, CA 95825
　　　　　　　(916) 564-0706; FAX (916) 564-0715
　　　　　　　e-mail: peclaw@sbcglobal.net

| | | |
|---|---|---|
| 1 | DATED: | _____/s/_____<br>PHILIP E. CAREY |
| 2 | | |
| 3 | | |
| 4 | DATED: | _____/s/_____<br>GORDON SOMERA |
| 5 | | |
| 6 | DATED: | _____/s/_____<br>DELORES SOMERA |
| 7 | | |
| 8 | DATED: | _____/s/_____<br>JONATHAN G. STEIN |

**IT IS SO ORDERED.**

**DATE:** March 10, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE